UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOAN RUGGIERO,

Defendant.

CRIMINAL NO. 13-10252-WGY

## WAIVER OF INDICTMENT

I, JOAN RUGGIERO, the above-named defendant, who is accused of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 371 & 1343, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on _____9/19/13_____, prosecution by indictment and consent that the proceeding may be
(Date)
by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _William G. Young_____
United States District Judge